ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-3172
   Facsimile: (213) 894-7177
   E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. CV 11-05711 SVW (CWx) |
|---|---|
| Plaintiff, | ) [PROPOSED] |
| vs. | ) **CONSENT JUDGMENT OF FORFEITURE** |
| $138,580.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |

This action was filed on July 12, 2011 against defendant $138,580.00 in U.S. currency. Notice was given and published in accordance with law. Ronald Chandler ("Chandler") claims an interest in the defendant $138,580.00 in U.S. currency

1

(hereinafter "defendant currency"), but has not filed a claim or answer in this case. No other parties have appeared in this case and the time for filing such statements of interest and answers has expired. Plaintiff United States of America and Chandler have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant $138,580.00 in U.S. currency other than Chandler are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture. Chandler is relieved of his obligation to file a claim and an answer in this litigation.

3. The United States of America shall have judgment as to $128,580.00 of the defendant currency, with all interest earned by the government on the full amount of the defendant currency and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4. $10,000.00 of the defendant currency, without any interest earned by the government on the full amount of the defendant currency, shall be returned to Chandler by either check or wire transfer. If the United States elects to make the payment by check, the check will be payable to "Ronald Chandler

and Law Offices of Garfield A.A. Cramer Client Trust Account," and mailed to his attorney Garfield A.A. Cramer, Esq. at the Law Offices of Garfield A.A. Cramer, 225 South Lake Avenue, Suite 300, Pasadena, California 91101.  If the United States elects to make the payment by wire transfer, the funds will be wire transferred to the Law Offices of Garfield A.A. Cramer Client Trust Account.  Chandler and his attorney shall provide any and all information needed to process the return of these funds according to federal law.

5.   Chandler hereby releases the United States of America, its agencies, agents, and officers, including employees, officers and agents of the Drug Enforcement Administration, as well as all agents, officers, employees and representatives of any state or local government or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions or liabilities arising out of or related to the seizure of the defendant currency or the prosecution of this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of Chandler, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6.   The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: _____, 2011    _____
                                THE HONORABLE STEPHEN V. WILSON
                                UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

**Approved as to form and content:**

DATED: October __, 2011    ANDRÉ BIROTTE JR.
                           United States Attorney
                           ROBERT E. DUGDALE
                           Assistant United States Attorney
                           Chief, Criminal Division
                           STEVEN R. WELK
                           Assistant United States Attorney
                           Chief, Asset Forfeiture Section

                               /s/
                           _____
                           KATHARINE SCHONBACHLER
                           Assistant United States Attorney
                           Attorneys for Plaintiff
                           United States of America


DATED: October __, 2011    LAW OFFICES OF GARFIELD A.A. CRAMER


                               /s/
                           _____
                           GARFIELD A.A. CRAMER, ESQ.
                           Attorney for RONALD CHANDLER